**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

AO91 (Rev. 12/03) Criminal Complaint

AUSA

United States District Court
Southern District of Texas
**FILED**

APR 27 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: B-18- MJ-405 |

1. Luis Armando AVONCE-Hernandez
   A#200 821 405 MEXICO
2. Leticia GONZALEZ-Adame
   A#216 445 817 MEXICO

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 01, 2018** in **Cameron** County, in the **Southern District Of Texas** defendant(s) knowingly, willfully, and in reckless disregard of the fact that forty two (42) undocumented alien(s) had come to, entered, and remained in the United States in violation of law; did conceal, harbor and shield from detection said alien(s),

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On March 1, 2018 at approximately 6:00 p.m., Border Patrol Agents conducted a consensual search at 2934 Andorra Street in Brownsville, Texas. The result of the search resulted in the apprehension of 42 illegal aliens and one principal. Once at the Brownsville Station, Agents initiated a smuggling investigation, discovering through self-admission and through testimony provided by four individual's subjects, serving as Material Witnesses, that Emerson Herrera-Gonzalez was the caretaker of the group.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Gallegos, Samuel   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 27, 2018           at      Brownsville, Texas
Date                              City/State

Ronald G. Morgan         U.S. Magistrate Judge        _____
Name of Judge            Title of Judge               Signature of Judge

CONTINUATION OF CRIMINAL COMPLAINT
Case 1:18-mj-00405 Document 1 Filed in TXSD on 04/27/18 Page 2 of 2
United States District Court
Southern District of Texas
FILED
APR 27 2018
David J. Bradley, Clerk of Court

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | |
| Luis Armando AVONCE-Hernandez | Case Number: B-18- MJ-405 |
| A#200 821 405 MEXICO | |
| Leticia GONZALEZ-Adame | |
| A#216 445 817 MEXICO | |

During the course of the smuggling investigation, Agents discovered additional evidence that linked additional co-conspirators in the smuggling activities. It was discovered that Eduardo Manuel De Jesus Buentello rented the house at 2934 Andorra Street in Brownsville, Texas, transported illegal aliens to and from the location, and for some time took the roll as the caretaker of the stash house. Subject Hector Gomez-Pompa, was identified as the smuggling cell facilitator in charge of local operation. Both subjects were indicted under Grand Jury and warrants for their arrest were issued.

Further investigation and testimony of defendants has linked two additional co-conspirators to the smuggling event that occurred on March 1, 2018, Luis Armando Avonce-Hernandez and Leticia Gonzalez-Adame. Avonce-Hernandez has been identified as the head of the alien smuggling organization operating out of Houston, Texas along with Gonzalez-Adame. It was discovered Avonce-Hernandez and Gonzalez-Adame had constant contact with the caretakers of the aforementioned smuggling event. On numerous occasions Avonce-Hernandez and Gonzalez-Adame would provide the caretakers with instructions/orders of the smuggling arrangements. In total, Avonce-Hernandez and Gonzalez-Adame were responsible for the smuggling of approximately 250 illegal aliens that were harbored at 2934 Andorra Street in Brownsville, Texas.

SUBSCRIBED and SWORN to before me this ___27th___ day of ___April, 2018___.

_____  
Signature of Judicial Officer

_____ Border Patrol Agent  
Signature of Complainant